N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald L. Spina | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 906 |
| | ) | |
| First Resolution Management Corp., a | ) | |
| British Columbia, Canada corporation, | ) | Judge Marovich |
| and First Resolution Investment Corp., | ) | |
| a Nevada corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Ronald L. Spina, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: March 20, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Bonnie C. Dragotto
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____        ENTERED:


                                              _____
                                              Judge George M. Marovich,
                                              United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class, postage pre-paid on March 20, 2008 by 5:00 p.m.

Uphar Dhallwal, Corporate Counsel
First Resolution Investment Corp., and
    First Resolution Management Corp.
P.O. Box 34000
Seattle, Washington 98124

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com